IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.4:CR-03-298 |
| v. | : (Judge McClure) |
| DOMONIQUE HAYNES | : |

### MOTION FOR ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Middle District of Pennsylvania hereby dismisses all counts of the Indictment filed March 25, 2004, that pertain to the above-named defendant and the Government moves to dismiss all counts of that Indictment based upon his plea of guilty and sentencing on the Information, filed January 23, 2008.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

FILED
WILLIAMSPORT, PA

JUN 27 2008

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

By_____
JOHN J. McCANN
Assistant United States Attorney
PA ID 68677
United States Attorney's Office
Herman T. Schneebeli Federal Building
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele: 570-326-1935
FAX: 570-326-7916
Jack.McCann@usdoj.gov

Dated: ~~May~~ June 27, 2008